FILED

APR 17 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-66-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INFORMATION** |
| ) | |
| JAMES BRYAN PETERSON ) | |

The United States charges that:

Beginning on or about June 4, 2019, and continuing to on or about August 9, 2019, in the Eastern District of North Carolina and elsewhere, the defendant, JAMES BRYAN PETERSON, caused K.O.M., an intimate partner, to travel in interstate and foreign commerce by force, coercion, duress, and fraud, and while in the course of, and as a result of, and to facilitate such conduct or travel, did commit an assault, a crime of violence against K.O.M., in violation of Title 18, United States Code, Section 2261(a)(2).

ROBERT J. HIGDON, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney